**John H. GUNN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 77109**

Missouri Court of Appeals,
Western District.

FILED: December 16, 2014

Motion for Rehearing and/or Transfer
to Supreme Court Denied
January 27, 2015

Application for Transfer Denied
March 31, 2015

John H. Gunn, Jefferson City, MO, appellant pro se, for appellant.

---

Jennifer Rodewald, Jefferson City, MO, for respondent.

Before Division One: Thomas H. Newton, Presiding Judge, Lisa White Hardwick and Anthony Rex Gabbert, Judges

ORDER

Per Curiam

John Gunn appeals from the judgment denying his Rule 29.15 motion, after he was convicted of second-degree burglary and first-degree robbery. Gunn contends the judge erred in not recusing himself from the post-conviction proceedings; the court erred in not disqualifying the public defender from representing him in the post-conviction proceedings; and the court, the prosecutor, and his post-conviction counsel denied him the ability to raise all of his *pro se* Rule 29.15 claims. For reasons explained in a Memorandum provided to the parties, we affirm the judgment denying post-conviction relief.

AFFIRMED. Rule 84.16(b).